DEFENDANT:          GUILLERMO FUENTES

AGE/YOB:            1963

COMPLAINT          _____ Yes      ___X____ No
FILED?
                   If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    __ Yes    __ No

OFFENSE(S):        **Count 1:** Title 21, United States Code, Sections 841(a)(1),
                   (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to
                   distribute and possess with the intent to distribute various amounts
                   of a mixture and substance containing a detectable amount of
                   cocaine, a Schedule II Controlled Substance

                   **Count 28:** Title 18, United States Code, Sections 1956(a)(2)(A) and
                   (B)(i); Knowingly and intentionally attempting to transport or transfer
                   funds from a place within the United States to or through a place
                   outside the United States, with the intent to promote the carrying on
                   of specified unlawful activity, specifically conspiracy to distribute and
                   possess with the intent to distribute cocaine

LOCATION OF        Denver County; Denver, Colorado
OFFENSE:

PENALTY:           **Count 1**
                   NLT 10 years,
                   NMT life imprisonment
                   At least 5 years Supervised Release
                   $10,000,000 fine
                   $100 Special Assessment

                   **Count 28**
                   NMT 20 years imprisonment
                   NLT 5 years Supervised Release
                   NMT $500,000.00 or twice the value of the property involved in the
                   money laundering transactions
                   $100 Special Assessment

AGENT:             Michael Gutke
                   Special Agent, Drug Enforcement Administration

AUTHORIZED         Stephanie Podolak
BY:                Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

____ five days or less; _X__ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.